```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARIZONA HUDSON VALLEY LLC,

                Plaintiff,

        - against -                            O R D E R

FABIAN PIETRZYKOWSKI, FABIAN CONSTRUCTION      20 Civ. 2508 (NRB)
LLC,

                Defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

  **WHEREAS** plaintiff commenced this action by filing a complaint on March 23, 2020 ("Complaint"); and

  **WHEREAS** defendant Pietrzykowski, who does not purport to be a licensed attorney, appeared on behalf of both defendants by filing an answer and asserting counterclaims against plaintiff, on behalf of both defendants, ECF No. 22; and

  **WHEREAS**, while individuals may appear pro se, corporate parties may not proceed pro se and must be represented by counsel, and failure to appear by counsel may result in the entry of a default judgment, see Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007); it is hereby

**ORDERED** that defendant Fabian Construction LLC has 30 days to retain counsel and that failure to do so will result in the entry of a default; and it is further

**ORDERED** that counsel for plaintiff shall provide a copy of this order to defendants.

Dated:    New York, New York
          May 27, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE