# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARIZONA HUDSON VALLEY LLC,

                Plaintiff,

-against-                      20 CIVIL 2508 (NRB)

# JUDGMENT

FABIAN PIETRZYKOWSKI and FABIAN CONSTRUCTION LLC,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 9, 2021, diversity is lacking between plaintiff and defendants in this action, and defendants' motion to dismiss for lack of subject-matter jurisdiction is therefore GRANTED; The dismissal of this case is without prejudice to plaintiff refiling its complaint in a state court of competent jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      July 12, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                           **BY:** _____

                                            **Deputy Clerk**